AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

## APPEARANCE

U.S.A. v. LIM, et al.                            Case Number: 07-MJ-1984 (UA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant CHRISTOPHER LIM.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/14/2008 | *[signature]* |
| Date | Signature |
| | ROBERT C. GOTTLIEB                    1930 |
| | Print Name                            Bar Number |
| | 111 BROADWAY, SUITE 701 |
| | Address |
| | NEW YORK          NY          10006 |
| | City              State        Zip Code |
| | (212) 566-7766 |
| | Phone Number                          Fax Number |