LAW OFFICES OF
## ROBERT C. GOTTLIEB

TRINITY BUILDING
111 BROADWAY - SUITE 701
NEW YORK, N.Y. 10006
TELEPHONE: (212) 566-7766
FAX: (212) 374-1506

**MEMO ENDORSED**

ROBERT C. GOTTLIEB
CELIA A. GORDON
JORDAN M. DRESSLER
SARAH E. EAGEN *

— www.robertgottlieblaw.com —
e-mail: rgottlieb@robertgottlieblaw.com

HUNTINGTON ATRIUM
775 PARK AVENUE — SUITE 255
HUNTINGTON, NEW YORK 11743
TELEPHONE: (631) 549-9300
FAX: (631) 549-9303

* Also Admitted To Practice In New Jersey

July 31, 2008

<u>Via Facsimile (914) 390-4095</u>
The Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street, Room 118
White Plains, NY 10601

RE:  *United States v. Christopher Lim, et al.*
     07-MJ-1984 (UA)

Dear Magistrate Judge Yanthis:

This law firm represents Christopher Lim in the above referenced criminal action. I am writing to respectfully request that Your Honor modify Mr. Lim's bail and electronic home monitoring conditions to permit him to attend the baptism of his godson and some or all of a family reception thereafter.

Mr. Lim's nephew Sebastian Lim will be baptized at Resurrection Church in Rye, New York on August 17, 2008, and Mr. Lim has been asked to attend and stand as the godfather to his nephew. This honor is enormously meaningful to Mr. Lim as well as to the rest of his family. The service will begin at 1:30 p.m. and last until approximately 3:00 p.m. The service will be followed by a family reception at a restaurant called The Mansion at Crawford Park in Rye Brook, New York. The reception will last from 3:00 p.m. until 9:00 p.m. and will include his entire family. Mr. Lim fervently hopes that the Court will allow him to attend at least some portion of this important family gathering following the baptism service.

I have discussed this request with Assistant United States Attorney Sarah Krissoff and she consents to a modifications of Mr. Lim's bail and electronic home monitoring conditions to permit him to attend the baptism service, but she does not consent to his attendance at the reception. I have also discussed this with Mr. Lim's Pretrial Officer, Vincent Adams, who informs me that Pretrial Services consents to Mr. Lim's attendance at the baptism service. However, he would oppose Mr. Lim's attendance at the family reception based solely on their policy of opposing modifications of electronic home monitoring conditions for the purpose of "entertainment." Both Ms. Krissoff and Mr.

*[Handwritten margin note:]* Application granted as to the baptism service and denied as to attendance at the reception. So ordered; George A. Yanthis, USMJ, 8/1/08